JOSEPH PECHE, Appellant, *v.* JOSEPH B. SLOANE, Respondent

*Peche* v. *Sloane,* 16 App. Div. 458, affirmed.
(Submitted May 15, 1900; decided June 5, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 14, 1897, affirming a judgment in favor of defendant entered upon a verdict.

*Samuel D. Sewards* for appellant.

*M. M. Forrest* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: GRAY, O'BRIEN, HAIGHT, MARTIN, LANDON and WERNER, JJ. Not sitting: PARKER, Ch. J.

---

GEORGE HORNBERGER, Appellant, *v.* SOLOMON MILLER, Respondent.

*Hornberger* v. *Miller,* 28 App. Div. 199, affirmed.
(Argued May 15, 1900; decided June 5, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 27, 1898, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*Edward W. S. Johnston* for appellant.

*Joseph Fettretch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, LANDON and WERNER, JJ.